DAYLE ELIESON
Acting United States Attorney
MARK E. WOOLF
Assistant United States Attorney
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| THOMAS P. WIREMAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:18-cv-00038-APG-GWF <br><br> STIPULATION AND ~~[PROPOSED]~~ ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Complaint be extended until June 5, 2018. This is Defendant's first request for an extension of time to respond. Defense counsel requires additional time to fully review the administrative record and consider the government's position due

1

schedule conflicts, and the length of the record. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

                              Respectfully submitted,

Date: May 30, 2018       By:    */s/ Hal Taylor \**
                                    HAL TAYLOR
                                    Attorney for Plaintiff
                                    (\*By e-mail authorization on 05/29/18)

Dated: May 30, 2018             McGREGOR W. SCOTT
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                                    */s/ Donna W. Anderson*
                                  DONNA W. ANDERSON
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant

                                  ORDER

APPROVED AND SO ORDERED:

Dated: 5/31/2018                          _____
                                          HON. GEORGE W. FOLEY
                                          United States Magistrate Judge