UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| THOMAS P. WIREMAN, | ) | Case Number: 2:18-cv-00038 |
| Plaintiff, | ) | |
| vs. | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | June 26, 2018 |
| Defendant. | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE HIS BRIEF

Plaintiff, by his attorneys, respectfully requests an extension of thirty (30) days to file his brief in this matter. Plaintiff's brief is currently due on July 6, 2018. However, the undersigned Daniel S. Jones, Plaintiff's primary counsel only received the administrative record on June 13, 2018, because it was sent to local counsel before being forwarded to the claimant's primary representative for drafting the brief. In addition, the record is voluminous at 4,500 pages, and thus, requires additional time to review the entire record and complete a brief. This is Plaintiff's first request for an extension of time in this matter.

This firm has contacted counsel for Defendant, who has no objection to this request.

Dated: June 26, 2018                          Respectfully submitted,

                                              By:   /s/ Daniel S. Jones

Daniel S. Jones
Law Offices – Harry J. Binder
and Charles E. Binder, P.C.
60 East 42nd Street, Suite 520
New York, New York 10165
Phone: 212-677-6801
Email: fedcourt@binderlawfirm.com

/s/ Hal Taylor
Hal Taylor
Local Of Counsel
223 Marsh Avenue
Reno, NV 89505
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

THOMAS P. WIREMAN,           )  Case Number: 2:18-cv-00038
                             )
         Plaintiff,          )
                             )
    vs.                      )
                             )
COMMISSIONER OF SOCIAL SECURITY, )
                             )
         Defendant.          )
                             )

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE HER BRIEF

AND NOW, this 27th day of June, 2018, upon consideration of Plaintiff's Motion for an Extension of Time to File His Brief,

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. Plaintiff's brief is due August 6, 2018.

Entered: 6/27/2018

*George Foley Jr.*
HONORABLE
United States District/Magistrate Judge