DAYLE ELIESON
Acting United States Attorney
MARK E. WOOLF
Assistant United States Attorney
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS P. WIRERMAN, JR., | Case No. 2:18-cv-00038-APG-GWF |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Remand be extended until October 4, 2018. This is Defendant's first request for an extension of time to respond. Defense counsel requires additional time to fully review the administrative record and consider the government's position due schedule conflicts, and the length of the administrative record.

1

Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

                              Respectfully submitted,

Date: August 30, 2018                Binder & Binder

                      By:   /s/ Daniel S. Jones *
                                DANIEL S. JONES
                                Attorney for Plaintiff
                                (*By e-mail authorization on 08/29/18)

Date: August 30, 2018                DAYLE ELIESON
                                Acting United States Attorney
                                MARK E. WOOLF
                                Assistant United States Attorney

                    By:   /s/ Donna W. Anderson
                                DONNA W. ANDERSON
                                Special Assistant U.S. Attorney
                                Social Security Administration

                                Attorneys for Defendant

                                <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  8/31/2018                   _____
                                HON.
                                United States District/Magistrate Judge