# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS P. WIREMAN, JR., | Case No.: 2:18-cv-00038-APG-CLB |
| Plaintiff | **Order Accepting Report and Recommendation, Denying Motion to Remand, and Granting Motion to Affirm** |
| v. | |
| NANCY A. BERRYHILL, | [ECF Nos. 20, 23, 29] |
| Defendant | |

On January 30, 2020, Magistrate Judge Baldwin recommended that I deny plaintiff Thomas P. Wireman, Jr.'s motion to remand and grant defendant's motion to affirm. ECF No. 29. Wireman did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Baldwin's report and recommendation **(ECF No. 29) is accepted**, plaintiff Thomas P. Wireman, Jr.'s motion to remand **(ECF No. 20) is DENIED**, and the defendant's motion to affirm **(ECF No. 23) is GRANTED**. The clerk of court is instructed to enter judgment accordingly and to close this case.

DATED this 18th day of February, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE